Mr. Abel Acosta Clerk:
THE COURT OF CRIMINAL
APPEALS OF TEXAS
Austin, Texas 78711

$2,870-01

P.O. Box 12308
CAPITOL STATION

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 1 5 2015

Abel Acosta, Clerk

## IN RE: MY MOTION FOR D.N.A. CHAPTER 64

Dear Sir, I've filed my first motion for D.N.A. testing (pursuant to article $64.01 C.C.P.) on or about the 5th day of April, 2001. When I didn't get a response from the 290th District Clerk, I then proceeded to file: the 3rd day of May, 2006, the 9th day of March, 2011, the 15th day of October, 2011 and the 14th day of December 2011. It has been more than 3 years since the filings and the Clerk has utterly refused to acknowledge receipt or even file my motions. I'm being denied Access to Courts, and I can't even appeal until the 290 District Court has ruled on said motion (D.N.A. TESTING 64.01 C.C.P.). Please help me in getting the Clerk to perform her duties, and file my Motion for D.N.A. Testing.

9th day of January, 2015
9055 Spur 591
Amarillo, Texas
79107-9696

Sincerly:
Everett P. Crawford
Everett P. Crawford
Neal Unit #717483

C.C. on file